Thomas M. BUGG, Sr., Appellant, v. UNITED STATES of America.

No. 12925.

Circuit Court of Appeals, Eighth Circuit.

Aug. 2, 1944.

Thomas M. Bugg, Sr., pro se.

PER CURIAM.

Application of appellant to file and docket and prosecute appeal in forma pauperis from order of District Court entered on March 17, 1944, denied.

Homer Glen WILCOX, Appellant, v. Lt. Gen. John L. DE WITT et al., Appellees.

No. 10650.

Circuit Court of Appeals, Ninth Circuit.

Aug. 1, 1944.

Lorrin Andrews and A. L. Wirin, both of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and Ronald Walker and Clyde C. Downing, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before DENMAN and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties for dismissal of appeal herein, and good cause therefor appearing, it is ordered that the appeal herein be, and hereby is dismissed, without prejudice to any new or further proceedings arising out of appellant's expulsion from the State of California as involved herein, that a decree of dismissal be filed and entered accordingly and the mandate of this court in this cause issue forthwith.

George DUNCAN, Petitioner, v. UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF IOWA, CHARLES A. DEWEY, JUDGE.

No. 12930.

Circuit Court of Appeals, Eighth Circuit.

Aug. 11, 1944.

Writ of Certiorari Denied Dec. 4, 1944.

See 65 S.Ct. 266.

George Duncan, pro se.

PER CURIAM.

Petition for writ of certiorari denied.